**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOSEPH MURRAY HAUTMAN,

    Plaintiff,                                        Case No.: 1:25-cv-14826

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | puyangyingxinjianshegongcheng |
| 2 | HuHeHaoTeShiQiYuLingShangMaoYouXianZeRenGong |
| 3 | XXYSAU |
| 4 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 5 | shanxicaocaoqichefuwuyouxian |
| 6 | Vibecozy |
| 7 | BeiLingJingMao |
| 8 | 范书柜收纳 |
| 9 | lyxrrdq |
| 10 | yuxintrade |
| 11 | ZYJIEGENG |
| 12 | MAI ANH 2233 |
| 13 | HK LILI BEAUTY TECHNOLOGY LIMITED. |
| 14 | DCORPZ |
| 15 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 16 | dongguanshijinhonggongyipin |
| 17 | ppphaibaihuo |
| 18 | liying1211 |